WALTER R. CANNON, ESQ.
Nevada Bar No. 001505
THOMAS D. DILLARD, JR., ESQ.
Nevada Bar No. 006270
OLSON, CANNON
GORMLEY & DESRUISSEAUX
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
Telephone: (702) 384-4012
Facsimile: (702) 383-0701
wcannon@ocgd.com
tdillard@ocgd.com
Attorneys for Defendant
Clark County

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| FISHER SAND & GRAVEL CO., a North Dakota corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CLARK COUNTY, NEVADA, a political subdivision of the State of Nevada, and LAS VEGAS PAVING CORPORATION, a Nevada Corporation,<br><br>Defendants. | CASE NO.: 2:09-cv1372–RCJ-GWF |

### ORDER GRANTING JOINT MOTION TO VACATE JANUARY 6, 2010 ORDER AND DISMISS CASE WITH PREJUDICE

The Court having reviewed the JOINT MOTION TO VACATE THIS COURT'S JANUARY 6, 2010 ORDER, APPROVE THE STIPULATED SETTLEMENT, AND DISMISS THIS CASE WITH PREJUDICE [Doc. #132];

The Court having commenced the hearing on September 8, 2011, and having reviewed the motion, heard the arguments of counsel and being fully advised in the premises, and good cause appearing therefor,

///

///

IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that the January 6, 2010 Order [Doc #88] is vacated, and this matter is dismissed with prejudice with all parties to bear their own fees and costs.

DATED this 19th day of September, 2011.

/s/ R. Jones
U.S. DISTRICT COURT JUDGE

Respectfully Submitted By:

OLSON, CANNON
GORMLEY & DESRUISSEAUX

BY: /s/ Thomas D. Dillard
WALTER R. CANNON, ESQ.
Nevada Bar No. 001505
THOMAS D. DILLARD, JR., ESQ.
Nevada Bar No. 006270
9950 W. Cheyenne Avenue
Las Vegas, Nevada 89129
Attorneys for Defendant Clark County

Reviewed as to Form and Content:

BALLARD SPAHR ANDREWS
& INGERSOLL, LLP

BY: /s/ Stanley W. Parry
STANLEY W. PARRY, ESQ.
Attorneys for Plaintiff
Fisher Sand & Gravel

HOWARD & HOWARD
ATTORNEYS PLLC

BY: /s/ Wade B. Gochnour
WADE B. GOCHNOUR, ESQ.
Attorneys for Defendant
Las Vegas Paving Corporation